# Court of Appeals
# of the State of Georgia

ATLANTA, March 11, 2014

*The Court of Appeals hereby passes the following order*

**A14I0132. CITY OF DOUGLAS v. GREGORY WILLIAMS.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2009S101153



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, March 11, 2014.*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*